**Fill in this information to identify the case and this filing:**

Debtor Name __Purekana, LLC__

United States Bankruptcy Court for the: _____ District of __New Jer___
(State)

Case number (*If known*): __24-13462_____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑ Amended *Schedule* __A/B, E/F, G, H__

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04/17/2024__     ✗ _____
       MM / DD / YYYY     Signature of individual signing on behalf of debtor

                       Brian Meadows
                       Printed name

                       Director/CFO
                       Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  Purekana, LLC

United States Bankruptcy Court for the:_____ District of New Jersey
(State)

Case number (If known):  24-13462-MBK

☑ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   **Current value of debtor's interest**

2. **Cash on hand**

   $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of Institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. The Dart Bank | Checking | 0 0 4 1 | $60,356.66 |
   | 3.2. WestTown Bank & Trust | Checking | 1 4 1 5 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

   | | |
   |---|---|
   | 4.1._____ | $0.00 |
   | 4.2._____ | $0.00 |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $60,356.66

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

   **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   | | |
   |---|---|
   | 7.1. Suppliers - Baseline Supply LLC, Brighfish, Open Book Extracts, VCM LLC | $46,408.68 |
   | 7.2. Other - Velocita Inc, Trustpilot, Narvar INc. | $32,333.33 |

Debtor    Purekana, LLC _____    Case number (if known) 24-13462-MBK _____
          Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, Including name of holder of prepayment

8.1 IPFS (Bolton insurance) _____    $59,010.53 _____

8.2 _____    $ _____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    | $137,752.54 |

---

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

11a. 90 days old or less:    1,276,542.26 _____ – _____ = ........→    $1,276,542.26 _____
                            face amount              doubtful or uncollectible accounts

11b. Over 90 days old:    _____ – _____ = ........→    $ _____
                         face amount              doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    | $1,276,542.26 |

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 _____    _____    $ _____

14.2 _____    _____    $ _____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:    % of ownership:

15.1 _____    _____%    _____    $ _____

15.2 _____    _____%    _____    $ _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____    _____    $ _____

16.2 _____    _____    $ _____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    | $ |

Debtor  **Purekana, LLC**
Name

Case number (if known)__ 24-13462-MBK

---

### Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| Finished goods at Source4 | 03/28/2024 MM / DD / YYYY | $307,213.29 | Weighted Average Cost | $307,213.29 |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$307,213.29

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

### Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor ___Purekana, LLC_____        Case number *(if known)* _24-13462-MBK_____
        Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                                                    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☑ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☑ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☑ No. Go to Part 8.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                                                    $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

Debtor   **Purekana, LLC**_____    Case number (if known)_24−13462−MBK_____
         Name

## Part 8:   Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51.  **Total of Part 8.**
     Add lines 47 through 50. Copy the total to line 87.

     $_____

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☐ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☐ No
     ☐ Yes

| Debtor | Purekana, LLC | Case number (if known) 24-13462-MBK |
|---|---|---|
| | Name | |

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:   Intangibles and Intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| **61. Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| **62. Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property**<br>Nirvana Intellectual Property | $ 1,125,000.00 | Historical Cost method | $1,125,000.00 |
| **65. Goodwill**<br>_____ | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$1,125,000.00

Debtor    Purekana, LLC                                          Case number (if known) 24-13462-MBK
          Name

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

Current value of
debtor's interest

71. **Notes receivable**

Description (include name of obligor)

_____  —  _____  = ➔  $_____
                                       Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____
_____       Tax year _____       $_____
_____       Tax year _____       $_____
                                                        Tax year _____       $_____

73. **Interests in insurance policies or annuities**

_____                                 $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                                 $_____

Nature of claim       _____

Amount requested      $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                                 $_____

Nature of claim       _____

Amount requested      $_____

76. **Trusts, equitable or future interests in property**

_____                                 $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                                 $_____
_____                                 $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                               $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Debtor | Purekana, LLC | Case number (if known) | 24-13462-MBK |
|---|---|---|---|
| | Name | | |

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $ 60,356.66 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $ 137,752.54 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $ 1,276,542.26 | |
| 83. Investments. *Copy line 17, Part 4.* | $ | |
| 84. Inventory. *Copy line 23, Part 5.* | $ 307,213.29 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $ | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $ | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $ | |
| 88. Real property. *Copy line 56, Part 9.* . ...........................................➔ | | $ |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $ 1,125,000.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | ✚ $ | |
| 91. Total. Add lines 80 through 90 for each column. ............................91a. | $ 2,906,864.75 | ✚ 91b. $ |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92. ....................................................................... $ 2,906,864.75

Purekana, LLC - Official Form 206 A/B - Lines 6, 7, 8

Prepayments 7.1 & 7.2

| Name and maining address | Amount |
|---|---|
| Baseline Supply, LLC<br>8201 S 48th St,<br>Phoenix, AZ, 85044 | 17,208.00 |
| Brightfish Label<br>8222 118th Ave. N. Suite 615<br>Largo, FL 33773 | 7,862.69 |
| Open Book Extracts<br>317 Lucy Garrett Rd.<br>Roxboro, NC 27574-9789 | 19,855.99 |
| VCM LLC<br>420 Tobacco Road<br>London, KY 40741 | 1,482.00 |
| Velocita, Inc. (Zinrelo)<br>530 Lytton Ave, Suite 200<br>Palo Alto, California 94301 | 12,000.00 |
| Trustpilot Inc.<br>5 Penn Plaza, 6th Floor<br>New York NY 10001 | 12,285.00 |
| Narvar Inc.<br>3 East Third Ave, Suite 211<br>San Mateo, CA 94401 | 8,048.33 |
| IPFS Corporation<br>700 S FLOWER ST, STE 1160<br>LOS ANGELES, CA 90017 | 59,010.53 |

| Company | Address | Invoice Date | Anticipated Receipt | Invoice Amount |
|---|---|---|---|---|
| ARK Distributors | 10249 Cogdill Rd Unit 505 Knoxville TN 37932 United States | 2023-08-03 | 2023-05-31 | 1,226.40 |
| ARK Distributors | 10250 Cogdill Rd Unit 505 Knoxville TN 37932 United States | 2023-12-22 | 2023-05-31 | 1,485.84 |
| ERC Internal Revenue Service (IRS) | 2200 Rimland Dr #350, Bellingham, WA 98226, United States | 2023-08-31 | 2023-05-31 | 7,870.91 |
| Smoke Nova | 675 West Fire Tower Road Unit D Winterville NC 28590 | 2023-06-29 | 2023-05-31 | 443.66 |
| Smoke Station | 1228 North Washington Avenue Cookeville Tennessee 38501 United States | 2023-05-23 | 2023-05-31 | 805.31 |
| Swanson Health Products | 2000 North Union Street Middletown PA 17057 United States | 2023-03-13 | 2023-05-31 | 265.44 |
| Swanson Health Products | 2001 North Union Street Middletown PA 17057 United States | 2023-03-23 | 2023-05-31 | 122.86 |
| Swanson Health Products | 2002 North Union Street Middletown PA 17057 United States | 2023-04-06 | 2023-05-31 | 329.76 |
| Swanson Health Products | 2003 North Union Street Middletown PA 17057 United States | 2023-04-14 | 2023-05-31 | 311.04 |
| Swanson Health Products | 2004 North Union Street Middletown PA 17057 United States | 2023-05-03 | 2023-05-31 | 155.52 |
| Swanson Health Products | 2005 North Union Street Middletown PA 17057 United States | 2023-05-11 | 2023-05-31 | 1,060.06 |
| Swanson Health Products | 2006 North Union Street Middletown PA 17057 United States | 2023-08-09 | 2023-05-31 | 208.20 |
| Swanson Health Products | 2007 North Union Street Middletown PA 17057 United States | 2024-01-17 | 2023-05-31 | 778.56 |
| Swanson Health Products | 2008 North Union Street Middletown PA 17057 United States | 2024-02-07 | 2023-05-31 | 855.36 |
| Swanson Health Products | 2009 North Union Street Middletown PA 17057 United States | 2024-02-20 | 2023-05-31 | 345.84 |
| Swanson Health Products | 2010 North Union Street Middletown PA 17057 United States | 2024-02-28 | 2023-05-31 | 1,097.52 |
| Vape N CBD Dream | 411 Harding Place Nashville TN 37211 United States | 2023-08-02 | 2023-05-31 | 807.20 |
| Vape N CBD Dream | 411 Harding Place Nashville TN 37211 United States | 2023-09-19 | 2023-05-31 | 949.56 |
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2022-04-30 | | 3,905.76 |
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2022-05-31 | | 10,310.81 |
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2022-05-31 | | 20,441.80 |
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2022-06-30 | | 55,933.11 |
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2022-06-30 | | 6,460.47 |
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2022-06-30 | | 19,834.83 |
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2022-07-31 | | 23,698.62 |
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2022-08-31 | | 90,594.76 |
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2022-07-31 | | 7,208.33 |
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2022-09-30 | | 7,520.83 |
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2022-09-30 | | 7,520.83 |
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2022-09-30 | | 6,442.16 |
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2022-09-30 | | 13,032.84 |
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2022-10-31 | | 7,520.83 |
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2022-10-31 | | 7,553.23 |
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2022-11-30 | | 8,020.83 |
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2022-11-30 | | 9,924.52 |
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2022-12-31 | | 8,643.43 |
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2022-12-31 | | 2,163.05 |
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2022-12-14 | | 166.00 |
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2022-12-23 | | 5,836.67 |
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2022-12-13 | | 200.00 |
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2022-12-13 | | 200.00 |

| Creditor | Address | Date | Date 2 | Amount | Notes |
|---|---|---|---|---|---|
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2023-01-01 | | 4,751.66 | |
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2022-12-13 | | 200.00 | |
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2023-02-28 | | 11,505.08 | |
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2022-12-13 | | 200.00 | |
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2023-03-31 | | 16,815.68 | |
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2023-04-30 | | 2,702.77 | |
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2022-12-13 | | 200.00 | |
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2023-04-12 | | 551.05 | |
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2023-05-31 | | 8,640.32 | |
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2023-05-05 | | 14,729.00 | |
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2023-05-13 | | 2,824.40 | |
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2023-06-30 | | 23,845.52 | |
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2023-06-30 | | 8,640.32 | |
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2023-07-31 | | 4,188.15 | |
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2023-07-31 | | 8,640.32 | |
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2023-08-31 | | 18,797.99 | |
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2023-08-31 | | 8,640.32 | |
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2023-09-30 | | 31,033.52 | |
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2023-09-30 | | 8,640.32 | |
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2023-10-31 | | 21,166.94 | |
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2023-10-31 | | 21,166.94 | |
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2023-10-31 | | 21,166.94 | |
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2024-01-31 | | 8,155.48 | |
| NO B.S. Life, LLC | 2980 McFarlane Road Miami, FL 33133 | 2024-02-29 | | 8,155.48 | |
| Axiom Bank; Maverick Payments; GOAT Payments | Axiom Bank - 258 Southhall Ln, Suite 400 Maitland, FL 32751; Maverick Payments - 26520 Agoura Road, 1st Floor, Calabasas, CA 91302; GOAT Payments - 4580 East Thousand Oaks Blvd Suite 125, Westlake Village, CA 91362 | 2024-01-01 | 2024-09-30 | 91,762.70 | Reserve assigned to NextChoice. Agreement attached |
| Axiom Bank; Maverick Payments; GOAT Payments | Axiom Bank - 258 Southhall Ln, Suite 400 Maitland, FL 32751; Maverick Payments - 26520 Agoura Road, 1st Floor, Calabasas, CA 91302; GOAT Payments - 4580 East Thousand Oaks Blvd Suite 125, Westlake Village, CA 91362 | 2024-01-01 | 2024-09-30 | 241,527.96 | Reserve assigned to NextChoice. Agreement attached |
| Axiom Bank; Maverick Payments; GOAT Payments | Axiom Bank - 258 Southhall Ln, Suite 400 Maitland, FL 32751; Maverick Payments - 26520 Agoura Road, 1st Floor, Calabasas, CA 91302; GOAT Payments - 4580 East Thousand Oaks Blvd Suite 125, Westlake Village, CA 91362 | 2024-01-01 | 2024-09-30 | 205,624.85 | Reserve assigned to NextChoice. Agreement attached |
| WestTown Processing | 368 S Park ST. Mason, MI 48854 | 2024-02-01 | 2024-09-30 | 140,015.79 | |

## PARTIAL PAYMENT AGREEMENT AND ASSIGNMENT OF RIGHTS TO BANK ACCOUNT RESERVES

**THIS PARTIAL PAYMENT AGREEMENT AND ASSIGNMENT OF RIGHTS TO BANK ACCOUNTS RESERVES** (this "Assignment") is made and entered on March 16, 2024 (the "Effective Date"), by PUREKANA, LLC, a Delaware limited liability company ("Assignor") to and in favor of #NEXTCHOICE INCORPORATED, a Florida Corporation ("Assignee").

WHEREAS, Assignee provides credit card processing, and other technology related services for Assignor as set forth in that certain Master Services Agreement ("MSA") signed by the parties on or about January 7, 2023 (the "MSA").

WHEREAS, Assignor is past due on it account to Assignee and has an account payable to Assignee in the amount of $608,637.36 for past due services through and including the Effective Date (the "Arrearages").

WHEREAS, because of the Arrearages, certain applications critical to Assignor's credit card processing business operations ("CC Applications") have been disabled.

WHEREAS, Assignor has reserve accounts with Maverick Bank, Axiom Bank, and Goat Payments containing $538,618.74 which belong to Assignor ("Bank Account Reserves").

WHEREAS, Assignor attests there are no other claims to the Bank Account Reserves from third parties unknown to Assignee.

WHEREAS, despite the Arrearages, and in exchange for $150,000.00 paid by Assignor to Assignee on March 15, 2024, Assignee will continue to provide its services, and leverage its business relationships for the reinstatement of the CC Applications on or before 5:00pm on March 18, 2024.

WHEREAS, Assignor desires to assign all its rights and interest to the Bank Account Reserves to Assignee, and shall take all necessary measures to ensure Assignee's receipt of the Bank Account Reserves, and Assignee desires to accept such assignment and to assume all of Assignor's rights to the Bank Account Reserves.

### W I T N E S S E T H :

**NOW THEREFORE**, in consideration of the transfer of the Rights to the Bank Account Reserves from Assignor to Assignee, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor hereby grants, assigns, transfers, and sets over unto Assignee all its rights, title, and interest in and to the Bank Account Reserves.

This Assignment shall be binding upon and shall inure to the benefit of the parties hereto, their heirs, successors, and assigns.

Should the Bank Account Reserves at any time exceed the amounts owed to Assignee, Assignee shall take all necessary measures to return any excess monies to Assignor.

IN WITNESS WHEREOF, the parties have executed this Assignment as of the date first above written.

PUREKANA, LLC

By:

Brian Meadows
As Manager for Purekana, LLC

NEXTCHOICE INCORPORATED

By:

Mike Beedles
President for #Nextchoice Incorporated

**Nirvana LLC**
**206 - 595 Howe Street**
**Vancouver, BC V6C 2T5**
**Canada**

Pet IP

$1,500,000          This amount reflects the purchase price of the trade marks, specifications for product formulation and other technical knowhow

IP amort schedule

| Opening Balance | Jan-24 | Feb-24 | Mar-24 | Ending Balance |
|---|---|---|---|---|
| 1,312,500 | (62,500) | (62,500) | (62,500) | 1,125,000 |

**Note:**

Nirvana LLC - Please note this company is dissolved as of Dec 13, 2023

The "Opening Balance" reflects the book value of the property as of December 31, 2023.

The "Ending Balance" reflects the book value after the property after adopting a straight line amortization method over 3 years.  Fair market value will likely be different.

**Fill in this information to identify the case:**

Debtor   **Purekana, LLC**

United States Bankruptcy Court for the: _____ District of New Jersey
                                                                (State)

Case number   24-13462-MBK
(If known)

☑ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,600.00 | $10,600.00 |

**2.1** Priority creditor's name and mailing address
Texas Comptroller of Public Accounts
P.O. Box 149348
Austin, TX 78714-9348

As of the petition filing date, the claim is: $10,600.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Priority amount: $10,600.00

**Date or dates debt was incurred**
03/14/2024

**Basis for the claim:**
Taxes

**Last 4 digits of account number**   1  6  0  2

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.2** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.3** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor **Purekana, LLC** _____   Case number _(if known)_ __24-13462-MBK__
Name

---

| Part 1. | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Total claim**                **Priority amount**

**2._** Priority creditor's name and mailing address                                                            $_____          $_____

_____   **As of the petition filing date, the claim is:**
_____   _Check all that apply._
_____   ☐ Contingent
                                    ☐ Unliquidated
                                    ☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
_____               _____

**Last 4 digits of account
number** ___ ___ ___ ___                    **Is the claim subject to offset?**
                                           ☐ No
**Specify Code subsection of PRIORITY unsecured**   ☐ Yes
claim: 11 U.S.C. § 507(a) (      )

**2._** Priority creditor's name and mailing address                                                            $_____          $_____

_____   **As of the petition filing date, the claim is:**
_____   _Check all that apply._
_____   ☐ Contingent
                                    ☐ Unliquidated
                                    ☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
_____               _____

**Last 4 digits of account
number** ___ ___ ___ ___                    **Is the claim subject to offset?**
                                           ☐ No
**Specify Code subsection of PRIORITY unsecured**   ☐ Yes
claim: 11 U.S.C. § 507(a) (_____)

**2._** Priority creditor's name and mailing address                                                            $_____          $_____

_____   **As of the petition filing date, the claim is:**
_____   _Check all that apply._
_____   ☐ Contingent
                                    ☐ Unliquidated
                                    ☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
_____               _____

**Last 4 digits of account
number** ___ ___ ___ ___                    **Is the claim subject to offset?**
                                           ☐ No
**Specify Code subsection of PRIORITY unsecured**   ☐ Yes
claim: 11 U.S.C. § 507(a) (_____)

**2._** Priority creditor's name and mailing address                                                            $_____          $_____

_____   **As of the petition filing date, the claim is:**
_____   _Check all that apply._
_____   ☐ Contingent
                                    ☐ Unliquidated
                                    ☐ Disputed

**Date or dates debt was incurred**        **Basis for the claim:**
_____               _____

**Last 4 digits of account
number** ___ ___ ___ ___                    **Is the claim subject to offset?**
                                           ☐ No
**Specify Code subsection of PRIORITY unsecured**   ☐ Yes
claim: 11 U.S.C. § 507(a) (_____)

---

Debtor **Purekana, LLC**
_____Name_____   Case number (if known)____24-13462-MBK____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
0965659 BC Ltd.

4200 Tucker Ave.

Richmond, BC, V7C 1M1, Canada

Date or dates debt was incurred       Feb 2024

Last 4 digits of account number       ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,199,160.40

**3.2** Nonpriority creditor's name and mailing address
Amanda Menge

108 E Torrence Rd

Columbus, OH 43214

Date or dates debt was incurred       Feb 2024

Last 4 digits of account number       ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,275.00

**3.3** Nonpriority creditor's name and mailing address
American Express

200 Vesey Street

New York, NY 10285-3106

Date or dates debt was incurred       Jan 2024

Last 4 digits of account number       1  0  2  9

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business expenses**

Is the claim subject to offset?
☑ No
☐ Yes

$ 384,422.42

**3.4** Nonpriority creditor's name and mailing address
Blitzads Limited

Flat/Rm A 12/F Kiu Fu Commercial BLDG

300 Lockhard Rd, Wan Chai, HK

Date or dates debt was incurred       Feb 2024

Last 4 digits of account number       ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset?
☑ No
☐ Yes

$ 5,440.00

**3.5** Nonpriority creditor's name and mailing address
Capped Out Media

5671 South Redwood Road, Building 20

Taylorsville, UT 84123

Date or dates debt was incurred       Feb 2024

Last 4 digits of account number       ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset?
☑ No
☐ Yes

$ 85,859.88

**3.6** Nonpriority creditor's name and mailing address
Comdata Group UK Limited

8 Harbour Exchange Square, London

E14 9HF

Date or dates debt was incurred       Jun 2023

Last 4 digits of account number       ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Services**

Is the claim subject to offset?
☑ No
☐ Yes

$ 45,502.98

Official Form 206E/F               Schedule E/F: Creditors Who Have Unsecured Claims               page ___ of ___ 14

Debtor  Purekana, LLC
        Name                                                    Case number (if known) 24-13462-MBK

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.7** Nonpriority creditor's name and mailing address
Convert2Media LLC

4700 Millenia Blvd Ste 175-B
Orlando, FL 32839

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Services

Date or dates debt was incurred  Feb 2024
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$6,800.00

**3.8** Nonpriority creditor's name and mailing address
DC Digital, INC

20929 Ventura Blvd 47-270
Woodland Hills, CA 91364

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred  Feb 2024
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$8,174.94

**3.9** Nonpriority creditor's name and mailing address
DeluxeAds Management LLC

PO Box 2340 7233 Freedom Ave NW
North Canton, OH 44720-0340

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred  Feb 2024
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$16,320.00

**3.10** Nonpriority creditor's name and mailing address
FRANCHISE TAX BOARD

PO BOX 942857
SACRAMENTO CA 94257-0531

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: CA license fee

Date or dates debt was incurred  Mar 2024
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$11,790.00

**3.11** Nonpriority creditor's name and mailing address
GrabAds Media LLC

4830 West Kennedy Blvd Suite 600
Tampa, FL 33609

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred  _____
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$13,920.00

Debtor **Purekana, LLC**
Name
Case number *(if known)* **24-13462-MBK**

---

**Part 2:**  **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| **3.12** | **Nonpriority creditor's name and mailing address** | |

Happy Customer, Inc.

9 Half Way Tree Road
Kingston 10

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 31,593.05

**Basis for the claim:** Services

Date or dates debt was incurred **Feb 2023**

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| | | |
|---|---|---|
| **3.13** | **Nonpriority creditor's name and mailing address** | |

HFP

2834 South Fairview Street
Santa Ana, CA 92704

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 11,862.55

**Basis for the claim:** Supplier

Date or dates debt was incurred **Feb 2024**

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| | | |
|---|---|---|
| **3.14** | **Nonpriority creditor's name and mailing address** | |

InfernoAds LLC

9414 San Salvador Dr.
Scottsdale, AZ 85258

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 30,080.00

**Basis for the claim:** Services

Date or dates debt was incurred **Feb 2024**

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| | | |
|---|---|---|
| **3.15** | **Nonpriority creditor's name and mailing address** | |

IntegriShield, LLC

5200 Metcalf Ave. Ste 303
Overland Park, KS 66202

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 8,000.00

**Basis for the claim:** Services

Date or dates debt was incurred **Feb 2024**

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| | | |
|---|---|---|
| **3.16** | **Nonpriority creditor's name and mailing address** | |

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____

**Basis for the claim:** _____

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

Debtor  Purekana, LLC
Name

Case number (if known) 24-13462-MBK

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.17** Nonpriority creditor's name and mailing address

IPFS Corporation

700 S FLOWER ST, STE 1160
LOS ANGELES, CA 90017

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: Insurance

Date or dates debt was incurred    Mar 2024

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$19,482.36

---

**3.18** Nonpriority creditor's name and mailing address

Jorns & Associates LLC

1310 S Horseback Ct
Wichita KS 67230-7819

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred    Mar 2023

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$45,643.17

---

**3.19** Nonpriority creditor's name and mailing address

Jumbleberry Interactive Group Ltd.

171 East Liberty Street, Suite 310
Toronto ON M6K3P6

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred    Feb 2024

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$40,160.00

---

**3.20** Nonpriority creditor's name and mailing address

Kathy Casey

1995 Idlewild drive
Richland, MI, 49083

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Business expenses

Date or dates debt was incurred    Jan 2024

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$24,711.61

---

**3.21** Nonpriority creditor's name and mailing address

Mobooka LLC

4700 Millenia Blvd - Suite 175
Orlando, FL 32839 US

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred    Feb 2024

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$129,760.00

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 6 of 14

Debtor  **Purekana, LLC** _____  Case number *(if known)* **24-13462-MBK**
Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.22** | **Nonpriority creditor's name and mailing address**

Narvar Inc

3 East Third Ave, Suite 211
San Mateo, CA 94401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor
   disputed

**Basis for the claim:** Services

$9,658.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address**

Open Book Extracts

317 Lucy Garrett Rd.
Roxboro, NC 27574-9789

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier

$26,918.40

**Date or dates debt was incurred** Feb 2024

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address**

Powernet

PO Box 95-0273
Louisville, KY 40295-0273

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$131.14

**Date or dates debt was incurred** Feb 2024

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address**

Proforma Labs, LLC

1514 Moffett St Suite C
Salinas, CA 93905

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$4,000.00

**Date or dates debt was incurred** Feb 2024

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor **Purekana, LLC**
Name

Case number *(if known)* 24-13462-MBK

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.27** | Nonpriority creditor's name and mailing address
PureAds Limited

Unit 1507B, 15/F, Eastcore
398 Kwun Tong Rd, Kwun Tong, KL

Date or dates debt was incurred    Feb 2024
Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Servides

Is the claim subject to offset?
☑ No
☐ Yes

$56,480.00

**3.28** | Nonpriority creditor's name and mailing address
RT Fulfillment, LLC

3071 NW 107th Avenue
Doral, FL 33172

Date or dates debt was incurred    Mar 2024
Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

$12,617.40

**3.29** | Nonpriority creditor's name and mailing address
Simply Better Brands Corp.

206 - 595 Howe Street
Vancouver, BC V6C 2T5, Canada

Date or dates debt was incurred    Jan 2022
Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Interllectual property purchase

Is the claim subject to offset?
☑ No
☐ Yes

$1,000,000.00

**3.30** | Nonpriority creditor's name and mailing address
Source4

100 Lackawanna Avenue
Parsippany, NJ 07054

Date or dates debt was incurred    Jan 2024
Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

$70,606.26

**3.31** | Nonpriority creditor's name and mailing address
TELUS Agriculture & Consumer Goods Inc.

911 University Drive
State College, PA 16801

Date or dates debt was incurred    Feb 2024
Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☐ No
☐ Yes

$424.96

| Debtor | Purekana, LLC | Case number (if known) | 24-13462-MBK |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.32** | Nonpriority creditor's name and mailing address
The Affiliati Network, LLC

804 Anacapa Street
Santa Barbara CA 93101

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: Services

$56,480.00

Date or dates debt was incurred    Feb 2024

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.33** | Nonpriority creditor's name and mailing address
Treeline Brands

6425 W. 52nd Avenue
Arvada, CL  80002

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Supplier

$16,532.99

Date or dates debt was incurred    Feb 2024

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.34** | Nonpriority creditor's name and mailing address
VCM LLC

420 Tobacco Road
London, KY 40741

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Supplier

$20,252.69

Date or dates debt was incurred    Feb 2024

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.35** | Nonpriority creditor's name and mailing address
Worldwide Express

PO Box 733360
Dallas, TX 75373

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Services

$5,260.45

Date or dates debt was incurred    Feb 2024

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.36** | Nonpriority creditor's name and mailing address
Yeetiq, LLC

7345 International Place. Suite 105
Sarasota, FL 34240

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Services

$36,994.31

Date or dates debt was incurred    Feb 2024

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

Debtor    Purekana, LLC
Name    Case number (if known) 24-13462-MBK

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.37** Nonpriority creditor's name and mailing address

Yoad development and technology 2014 LTD

Maale Nof 19 Tirat Carmel Israel

Date or dates debt was incurred    Feb 2024

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor
disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

$ 93,323.20

---

**3.38** Nonpriority creditor's name and mailing address

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.39** Nonpriority creditor's name and mailing address

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.40** Nonpriority creditor's name and mailing address

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.41** Nonpriority creditor's name and mailing address

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 10 of 14

Debtor ___Purekana, LLC_____   Case number *(if known)*___24-13462-MBK___
Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.42** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.43** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.44** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.45** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.46** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor __Purekana, LLC_____   Case number _(if known)_ 24-13462-MBK
Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.2. | | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.3. | | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.4. | | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 41. | | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.5. | | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.6. | | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.7. | | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.8. | | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.9. | | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.10. | | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.11. | | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page __12__ of __14__

Debtor  Purekana, LLC
Name

Case number (if known) 24-13462-MBK

## Part 3:  Additional Page for Others to Be Notified About Unsecured Claims

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor  **Purekana, LLC**

Name  Case number *(if known)*

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

**Total of claim amounts**

5a. **Total claims from Part 1**  5a.  $ 10,600.00

5b. **Total claims from Part 2**  5b.  **+** $ 3,529,638.16

5c. **Total of Parts 1 and 2**
Lines 5a + 5b = 5c.  5c.  $ 3,540,238.16

---

Official Form 206E/F  **Schedule E/F: Creditors Who Have Unsecured Claims**  page __ of 14

14    14

**Fill in this information to identify the case:**

Debtor name  Purekana, LLC

United States Bankruptcy Court for the:_____ District of  New
(State)

Case number (If known):  24-13462-MBK          Chapter ____

☑ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases       12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Virtual Office Services | Intelligent Offfice |
|---|---|---|---|
| | | | 331 Newman Springs Road |
| | State the term remaining | 3 months | Building 1, 4th Floor Suite 143 |
| | | | Redbank, NJ 07701 |
| | List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Yoad Strategic Business | Yoad Development and Technology 2014 L |
| | | Cooperation Agreement | Maale Nof 19 Tirat Carmel Israel |
| | State the term remaining | Agreement | |
| | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Yeetiq Contract | Yeetiq, LLC |
| | | | 7345 International Place. Suite 105 |
| | State the term remaining | 90 days | Sarasota, FL 34240 |
| | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Nextchoice Advisors | NextChoice Advisors |
| | | Master Services | 1761 W Hillsboro Blvd Ste 328 |
| | State the term remaining | Agreement | Deerfield Beach, FL 33442 US |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Source4 Fulfillment | Source4 |
| | | Agreement | 100 Lackawanna Avenue |
| | State the term remaining | | Parsippany, NJ 07054 |
| | List the contract number of any government contract | | Phone 973 287 8412 |

Debtor <u>Purekana, LLC</u>
Name

Case number *(if known)* <u>24-13462-MBK</u>    2    2

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.b** State what the contract or lease is for and the nature of the debtor's interest — Mainstreet Loan Agreement<br><br>State the term remaining — Dec 11, 2025<br><br>List the contract number of any government contract | Westtown Bank<br>8450 Falls Of Neuse Road, Suite 202<br>Raleigh, NC 27615 |
| **2.b** State what the contract or lease is for and the nature of the debtor's interest — D.A. Eddy, PLLC Engagement letter<br><br>State the term remaining — 2 months<br><br>List the contract number of any government contract | D.A. Eddy, PLLC<br>648 NE Third Avenue<br>Ft Lauderdale, FL 33304 |
| **2.b** State what the contract or lease is for and the nature of the debtor's interest — Cient Agreement<br><br>State the term remaining —<br><br>List the contract number of any government contract | Velocita, Inc<br>530 Lytton Avenue, Suite 200<br>Palo Alto, CA 94301 |
| **2.b** State what the contract or lease is for and the nature of the debtor's interest — Integrishield contract<br><br>State the term remaining — 90 days<br><br>List the contract number of any government contract | Integrishield LLC<br>5200 Metcalf Ave. Ste 303<br>Overland Park, KS 66202 |
| **2.** State what the contract or lease is for and the nature of the debtor's interest — Insurance contract<br><br>State the term remaining — 9 months<br><br>List the contract number of any government contract | IPFS Corporation<br>700 S Flower ST, STE 1160<br>Los Angeles, CA 90017 |
| **2.** State what the contract or lease is for and the nature of the debtor's interest —<br><br>State the term remaining —<br><br>List the contract number of any government contract | |
| **2.** State what the contract or lease is for and the nature of the debtor's interest —<br><br>State the term remaining —<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name _Purekana, LLC_

United States Bankruptcy Court for the: _____ District of _New Jersey_
                                                              (State)

Case number (If known): _24-13462-MBK_

☑ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G_.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** / **Mailing address** | | **Name** | **Check all schedules that apply:** |
| 2.1 Cody Alt — Bank loan guarantor<br>Street: 6710 N SCOTTSDALE ROAD, SUITE 24<br>City: PARADISE VAl   State: AZ   ZIP Code: 85253-4430 | | Westtown Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 Jeff Yauck — Bank loan guarantor<br>Street: 2452 W Pampa Circle<br>City: Mesa   State: AZ   ZIP Code: 85202 | | Westtown Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 _____<br>Street: _____<br>City: ___ State: ___ ZIP Code: ___ | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____<br>Street: _____<br>City: ___ State: ___ ZIP Code: ___ | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____<br>Street: _____<br>City: ___ State: ___ ZIP Code: ___ | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____<br>Street: _____<br>City: ___ State: ___ ZIP Code: ___ | | _____ | ☐ D<br>☐ E/F<br>☐ G |

Debtor    Purekana, LLC
          _____
          Name

Case number *(if known)*_____ 24-13462-MBK _____

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

| Name | Mailing address | | Name | Check all schedules that apply: |
|------|------|------|------|------|

2.___   _____

Street  _____

_____

City _____ State _____ ZIP Code _____

☐ D
☐ E/F
☐ G

2.___   _____

Street  _____

_____

City _____ State _____ ZIP Code _____

☐ D
☐ E/F
☐ G

2.___   _____

Street  _____

_____

City _____ State _____ ZIP Code _____

☐ D
☐ E/F
☐ G

2.___   _____

Street  _____

_____

City _____ State _____ ZIP Code _____

☐ D
☐ E/F
☐ G

2.___   _____

Street  _____

_____

City _____ State _____ ZIP Code _____

☐ D
☐ E/F
☐ G

2.___   _____

Street  _____

_____

City _____ State _____ ZIP Code _____

☐ D
☐ E/F
☐ G

2.___   _____

Street  _____

_____

City _____ State _____ ZIP Code _____

☐ D
☐ E/F
☐ G

2.___   _____

Street  _____

_____

City _____ State _____ ZIP Code _____

☐ D
☐ E/F
☐ G

Official Form 206H                    Schedule H: Codebtors                    page ___ 2 of ___ 2