**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

IN RE PUREKANA, LLC                                        Case No. 24-13462 (MEH)

                                                          Chief Judge Mark E. Hall

**NOTICE OF PROPOSED COMPROMISE OR SETTLEMENT OF CONTROVERSY**

Daniel E. Straffi, Chapter 7 Trustee (the "Trustee") for PureKana, LLC (the "Debtor") proposes a compromise, or to settle a claim and/or action, as described below.  If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the person named below not later 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Clarkson S. Fisher Building & Courthouse<br>402 East State Street<br>Trenton, New Jersey 08608 |

If an objection is filed, a hearing will be held before the Honorable Mark E. Hall on November 6, 2025, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 2, 402 East State Street, Trenton, New Jersey 08608.  If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action:  The Trustee asserts that the bankruptcy estate holds certain claims (collectively, the "Potential Claims") against TRUBAR, Inc. f/k/a Simply Better Brands Corp., PureK Holdings Corp. and AF1 Capital Corp., No B.S. Life, LLC a/k/a NO BS LIFE LLC, Tru Brands, Inc. a/k/a TRUWOMEN, Trubrands Snack Company Inc., BRN Acquisition Corp., AF1 Merger Subco, LLC, D.A. Eddy, PLLC, David A. Eddy and Brian Meadows (collectively, the "SBBC Parties" and, with the Trustee, the "Parties") (i) arising from various prepetition transfers made by the Debtor in the aggregate amount of no less than $9 million pursuant to 11 U.S.C. §§ 541, 544, 547, 548 and 550 and/or under applicable nonbankruptcy and state law, and (i) with respect to an account receivable owed to the Debtor in the amount of $587,280.45.

Pertinent terms of settlement:   The Parties have reached a settlement the terms of which are set forth in a settlement agreement attached to the 9019 motion filed with the Court concurrently herewith and include, *inter alia*:  (i) the SBBC Parties shall pay the estate the sum of $3,150,000 in full and final satisfaction of the Potential Claims all claims related to the commissions; and (ii) the Trustee, the Debtor, the Estate and other related parties, and of the SBBC Parties and certain other parties who opt in pursuant to procedures set forth in the 9019 Motion, shall exchange mutual releases of any and all claims and causes of action.

The proposed settlement is subject to the Court's entry of an order approving the settlement and the agreement pursuant to Bankruptcy Rule 9019.  Because it avoids costly and risky litigation and likely will result in a distribution to unsecured creditors that may not be available otherwise, the Trustee believes the proposed settlement is in the best interests of the estate and its creditors.

#125275117v1

Objections must be served on, and requests for additional information directed to:

Scott J. Freedman
Dilworth Paxson LLP
457 Haddonfield Road, Suite 700
Cherry Hill, New Jersey 08002
(856) 675-1962

Submitted by:  /s/ Scott J. Freedman               Position:  Attorneys for the Trustee

Dated:  October 15, 2025

#125275117v1