UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**DILWORTH PAXSON LLP**
Scott J. Freedman
457 Haddonfield Road, Suite 700
Cherry Hill, New Jersey 08002
Telephone:  (856) 675-1962
Facsimile:  (856) 249-5098
E-mail:  sfreedman@dilworthlaw.com

*Attorneys for Daniel E. Straffi, Chapter 7 Trustee*

**Order Filed on May 14, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Chapter 7

Case No. 24-13462 (EJO)

Honorable Eamonn James O'Hagan

In re:

     PUREKANA, LLC,

             Debtor.

### ORDER AUTHORIZING AND ESTABLISHING PROCEDURES  REGARDING SETTLEMENT OF AVOIDANCE CLAIMS PURSUANT TO BANKRUPTCY RULE 9019(b)

The relief set forth on the following pages numbered two (2) through three (3) is hereby ORDERED.

**DATED: May 14, 2026**

_____
Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

#125580791v1

**THIS MATTER** having been opened to the Court upon the motion (the "**Motion**") of Daniel E. Straffi (the "**Trustee**"), Chapter 7 Trustee for the bankruptcy estate (the "**Estate**") of PureKana, LLC (the "**Debtor**"), through his attorneys and pursuant to sections 105(a) and 363 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "**Bankruptcy Code**") and Rule 9019 of the Federal Rules of Bankruptcy Procedure seeking the entry of an Order authorizing and establishing certain procedures by which the Estate may seek approval of any compromise and settlement of claims and causes of action (collectively, the "**Avoidance Claims**") arising under sections 544, 547, 548, 549 and/or 550 of the Bankruptcy Code and applicable state law; and upon the full and complete record of the Debtor's bankruptcy case; and it appearing that good and sufficient notice of the Motion having been provided; and the Court having considered all the moving papers, any opposition and any arguments of counsel; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtor, the Estate, creditors and all other parties in interest and the factual and legal basis set forth in the Motion establishes just cause for the relief granted in this Order; and after due deliberation and other good and sufficient cause having been shown, **IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED and APPROVED** in all respects, as further set forth herein.

2. All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

3. All objections to the Motion (if any) and/or the relief requested therein that have not been withdrawn, waived or settled, and all reservation of rights included therein, are overruled on the merits with prejudice.

4. The Trustee is authorized, but not directed, to seek approval of Settlements of the Avoidance Claim pursuant to the following Settlement Procedures:

   (a) The Trustee may seek approval of Settlements of the Avoidance Claims pursuant to Bankruptcy Rule 9019(a) on an omnibus basis via the filing of one or more Omnibus Settlement Motions;

   (b) With respect to each included Settlement, each Omnibus Settlement Motion shall specify (i) the identity of the other party or parties to the Settlement, (ii) a summary of the dispute with such other party, (iii) the material terms of the Settlement, including, without limitation, the Settlement amount, (iv) a good-faith estimate of the value of any affirmative claim or cause of action of the Estate that are proposed to be settled, and (v) an

Page (3)

Debtor: PUREKANA, LLC

Case No: 24-13462 (EJO)

Caption of Order:       ORDER AUTHORIZING AND ESTABLISHING PROCEDURES  REGARDING SETTLEMENT
                        OF AVOIDANCE CLAIMS PURSUANT TO BANKRUPTCY RULE 9019(B)

---

explanation as to why such Settlement is favorable to the Estate;

(c)     Each Omnibus Settlement Motion shall be filed in the Bankruptcy Case and, with respect to each included Settlement, in each Adversary Proceeding (if any);

(d)     With respect to each Settlement included in a particular Omnibus Settlement Motion, the Trustee, consistent with Local Rule 9019-3, shall file a *Notice of Proposed Compromise or Settlement of Controversy* in the Bankruptcy Case and in each Adversary Proceeding (if any);

(e)     Each Omnibus Settlement Motion shall be served only on (i) the other party or parties to each included Settlement, (ii) the Debtor, (iii) any creditor or party-in-interest requesting notice pursuant to Bankruptcy Rule 2002, (iv) any creditor or party-in-interest requesting a copy of the Omnibus Settlement Motion from the Trustee and (v) the Office of the United States Trustee; and

(f)     Except for the Office of the United States Trustee (which shall also be served by first class mail, postage prepaid), the notice of electronic filing of each Omnibus Settlement Motion issued through the Court's Electronic Filing System shall constitute adequate and sufficient service of such Omnibus Settlement Motion.

5.      The Settlement Procedures are approved in all respects as authorized and directed pursuant to Bankruptcy Rule 9019 and sections 105(a) and 363 of the Bankruptcy Code.

6.      The terms and conditions of the Settlement Agreement are binding on the Debtor, the Estate, the SBBC Parties and each of their respective successors and assigns.

7.      This Court retains jurisdiction to hear and determine all matters arising from or related to the Motion, this Order, or any Settlement.

8.      The Trustee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

9.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

#125580791v1