**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

IN RE PUREKANA, LLC

Case No. 24-13462 (EJO)
Judge Eamonn James O'Hagan

**NOTICE OF PROPOSED COMPROMISE OR SETTLEMENT OF CONTROVERSY**

Daniel E. Straffi, Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of PureKana, LLC (the "Debtor") proposes a compromise, or to settle a claim and/or action, as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the person named below no later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Clarkson S. Fisher Building & Courthouse<br>402 East State Street<br>Trenton, New Jersey 08608 |

If an objection is filed, a hearing will be held before the Honorable Eamonn James O'Hagan on November 3, 2026, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 2, 402 East State Street, Trenton, New Jersey 08608. If no objection is filed, the clerk will enter a *Certification of No Objection*, and the settlement may be completed as proposed.

<u>Nature of action</u>: The Trustee asserts that the estate holds claims (collectively, the "NC Claims") against #NEXTCHOICE INCORPORATED a/k/a NextChoice Advisors, MDLC, LLC and Michael Beedles (collectively, "NextChoice") pursuant to 11 U.S.C. §§ 547, 548 and 550 and/or other applicable law to avoid and recover various transfers made by the Debtor in the aggregate amount of $2,273,952.10 and the Debtor's assignment all of its rights, title, and interest in and to funds held in reserve (the "Reserve") at Maverick BankCard, Inc. ("Maverick" and collectively, with the Trustee and NextChoice, the "Parties").

The Trustee also asserts that the estate holds claims against Maverick (collectively, the "MBC Claims") to: (a) require turnover of the current $431,226.74 balance of the Reserve pursuant to 11 U.S.C. §§ 542; (b) avoid and recover certain reductions in the balance of the Reserve pursuant to 11 U.S.C. §§ 547, 548, 549 and 550; and (c) disallow in full Maverick's filed proof of claim No. 15-1 in the amount of $5,213,599.55 (the "Maverick Claim"), including Maverick's asserted setoff and/or recoupment rights in the Reserve.

<u>Pertinent terms of settlement</u>: The Parties have reached a settlement the terms of which are set forth in a settlement agreement attached to the 9019 motion filed with the Court concurrently herewith and include, *inter alia*: (a) in settlement of the NC Claims, NextChoice shall pay the Trustee $150,000 and be deemed to waive, discharge and release all of NextChoice's rights, title and interests in and to the Reserve; (b) in settlement of the MBC Claims, Maverick shall pay the Trustee $356,226.74, be entitled to retain the remaining balance in the Reserve and waive the Maverick Claim in its entirety; and (c) the Parties shall exchange releases of all claims and causes of action. The proposed settlement is subject to the Court's entry of an order approving the settlement and the agreement pursuant to Bankruptcy Rule 9019. Because it avoids costly and risky litigation the Trustee believes the proposed settlement is in the best interests of the estate and its creditors.

Objections must be served on, and requests for additional information directed to:

Scott J. Freedman
Dilworth Paxson LLP
457 Haddonfield Road, Suite 700
Cherry Hill, New Jersey 08002
(856) 675-1962

Submitted by: /s/ Scott J. Freedman Position: Attorneys for the Trustee

Dated: October 5, 2026